UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDA STUBBS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-186-B-W |
| | ) |
| ALLAN W. HANSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

On December 5, 2005, Brenda A. Stubbs filed this law suit against Allan W. Hanson, her former attorney, alleging malpractice in his failure to adequately represent her in claims against the Aroostook Mental Health Center. *Compl.* (Docket # 1). Mr. Hanson waived service of process, *Waiver of Service* (Docket # 3) and on February 6, 2006, Ms. Stubbs and Mr. Hanson stipulated to the entry of judgment on liability on Count I, negligence, and Count II, breach of fiduciary duty. *Mot. for J. of Liability* (Docket # 4).

This Court held a damages hearing on March 30, 2006, notice of which was served on Mr. Hanson. Attorney Dana F. Strout represented Ms. Stubbs; Mr. Hanson did not appear. The evidence consisted of the testimony of Brenda Stubbs and Dr. Richard G. Doiron, a neuropsychologist, and twenty-three exhibits. During his representation of Ms. Stubbs, Mr. Hanson issued payments to her from his law practice, totaling $6,200.00, on the erroneous premise that they were advances from successful negotiations with Aroostook Mental Health Center. *Plaintiff's Ex.* # 13. Ms. Stubbs agreed that any damages award should be reduced by that amount.

2

After due consideration of the evidence and giving Mr. Hanson all proper credits, the Court awards judgment in favor of the Plaintiff Brenda Stubbs and against the Defendant Allan W. Hanson in the total amount of Nine Hundred Eighty Five Thousand Eight Hundred Dollars ($985,800.00) on Counts I and II of the Complaint.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2006